ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| EJB Facilities Services ) | ASBCA No. 58314 |
| ) | |
| Under Contract No. N44255-05-D-5103 ) | |

APPEARANCE FOR THE APPELLANT:     Kenneth B. Weckstein, Esq.
    Brown Rudnick LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    Robert C. Ashpole, Esq.
    Senior Trial Attorney

ORDER OF DISMISSAL

Both parties having advised the Board that they have reached a settlement, and appellant having moved "that its Appeal before the Board be dismissed with prejudice," this appeal is hereby dismissed with prejudice.

Dated: 30 January 2014

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58314, Appeal of EJB Facilities Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals